**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TRUSTEES OF THE NATIONAL, | : | CIVIL ACTION |
| ELEVATOR INDUSTRY PENSION | : | |
| FUND, et al., | : | |
| *Plaintiffs,* | : | |
| v. | : | |
| | : | |
| CARDINAL ELEVATOR SERVICES, LLC, | : | |
| et al., | : | NO. 25-cv-5465 |
| *Defendants.* | : | |

**ORDER**

**AND NOW**, this **12th** day of **February 2026**, upon consideration of Plaintiff's Motion for Default Judgment (ECF No. 16), and having received no response from Defendant, it is hereby **ORDERED** that the Motion (ECF No. 16) is **GRANTED**, for the reasons set forth in the accompanying memorandum. Accordingly, default judgment is **ENTERED** against Defendants as follows:

1. Plaintiffs Trustees of the National Elevator Industry Pension Fund, National Elevator Industry Health Benefit Plan, National Elevator Industry Educational Plan, Elevator Constructors Annuity and 401(k) Retirement Fund, and Elevator Industry Work Preservation Fund are awarded $113,339.43, with post-judgment interest to be calculated according to 28 U.S.C. § 1961, against Defendant Cardinal Elevator Services, LLC.

2. Defendant Justin Durange is jointly and severally liable to Plaintiffs Trustees of the National Elevator Industry Pension Fund, National Elevator Industry Health Benefit Plan, National Elevator Industry Educational Plan, and Elevator Constructors Annuity

and 401(k) Retirement Fund in the amount of $110,983.08, with post-judgment interest

to be calculated according to 28 U.S.C. § 1961.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**